UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Jul 23, 2019

IN RE: )
)
**INVERNESS VILLAGE, an Oklahoma** )
    **not for profit corporation,** )   Case No.: 19-11510-R
)   (Chapter 11)
)
**Debtor.** )
)

### ORDER AND NOTICE OF HEARING

Upon review of the "Application for Expedited Hearing" filed on July 23, 2019, at Docket No. 26, and noting good cause for the relief requested therein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a hearing shall be held on the **25th day of July, 2019 at 9:30 a.m**. in **Courtroom 1, The Federal Building, 224 South Boulder Avenue, Tulsa, Oklahoma**, before the undersigned Bankruptcy Judge on the following matter:

Motion of Debtor for Approval of Certain Cash Management and Operational Issues [Docket No. 25] (the "Motion").

IT IS FURTHER ORDERED that the Debtor shall provide notice by prompt means to those persons listed on the List of 20 Largest Creditors filed herein, the U.S. Trustee, the Oklahoma Department of Health, the Oklahoma Department of Securities, UMB Bank, N.A., Asbury Communities, Inc., the Oklahoma Attorney General, and any parties that have requested notice in this case.

**SO ORDERED** this 23rd day of July, 2019.

DANA L. RASURE, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT